IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -5  PH 4: 03

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

CHRISTINE DEENER, et al.,

      Plaintiffs,

v.                         No. 03-2255-B/A

KINDRED HEALTHCARE, INC., et al.,

      Defendants.

---

ORDER AFFIRMING DECISION OF THE MAGISTRATE JUDGE

---

On March 7, 2005, Magistrate Judge S. Thomas Anderson entered an order granting the motion of the Defendants to reconsider order of magistrate judge filed on September 14, 2004 and granting the motion of the Plaintiffs to compel filed on September 29, 2004. Following entry of the order, objections were filed by the Defendants to which the Plaintiffs have responded. Upon a review of all of the relevant pleadings, the Court concludes that the magistrate judge's findings were neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a); LR72.1(g)(1), Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn. Accordingly, the Defendants' objections are OVERRULED and the magistrate judge's order is AFFIRMED.

**IT IS SO ORDERED** this 5th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:03-CV-02255 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Ron W. McAfee
LAW OFFICE OF RON W. MCAFEE
251 Adams Ave.
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Anthony A. Jackson
CHAMBLISS BAHNER & STOPHEL
1000 Tallan Bldg.
Chattanooga, TN 37402

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Deborah Whitt Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable J. Breen
US DISTRICT COURT