# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -2 AM 8: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **CHRISTINE DEENER, et al.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **KINDRED HEALTHCARE, INC., et al.,** | **CASE NO: 2:03-2255-B** |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Defendants' Motion To Dismiss And Granting Defendants' Motion For Summary Judgment entered on July 27, 2005, judgment is hereby entered in favor of the Defendant, Kindred Healthcare, Inc., et al., and against the plaintiff, Christine Deener, et al.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/1/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-3-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 101 in case 2:03-CV-02255 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Deborah Whitt Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Anthony A. Jackson
CHAMBLISS BAHNER & STOPHEL
1000 Tallan Bldg.
Chattanooga, TN 37402

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Ron W. McAfee
LAW OFFICE OF RON W. MCAFEE
251 Adams Ave.
Memphis, TN 38103

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT