IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHRISTINE DEENER, as Legal Guardian
and Next Friend of CORBIN TERRELL
CARTER, COREY CARTER, CORTNEY
LEE WALTON AND ALFRADIO EMMANUEL
KEYS, Minor Children of Decedent,
Angela Carroll.

    Plaintiff,

vs.                                          NO. 03-2255-B/A

KINDRED HEALTHCARE, INC.,
and KINDRED HEALTHCARE
SERVICES, INC. d/b/a SPRING
GATE REHABILITATION AND
HEALTHCARE CENTER,

    Defendants.

---

ORDER ALLOWING PLAINTIFF TO FILE CORRECTED EXHIBIT L AND
EXHIBIT P TO PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

---

On Motion of Plaintiff to correct Clerical Error arising from the omission of eight pages to Exhibit L and the omission of two pages to Exhibit P to Plaintiff's Response to Defendants' Motion for Summary Judgment, and for good cause shown,

The Court finds that Plaintiff's Motion is well taken and should be and is hereby GRANTED. A copy of Plaintiff's Response to Defendants' Motion for Summary Judgment with attached corrected Exhibit L and Exhibit P only is hereby made a part of the record.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-22-05

{L:\WDOX\BKClient\4281\001\pld\00011137.DOC}

So ORDERED this 22nd day of November, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:03-CV-02255 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Anthony A. Jackson
CHAMBLISS BAHNER & STOPHEL
1000 Tallan Bldg.
Chattanooga, TN 37402

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Deborah Whitt Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Ron W. McAfee
LAW OFFICE OF RON W. MCAFEE
251 Adams Ave.
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT